UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONSERVANCY OF SOUTHWEST FLORIDA;
SIERRA CLUB; CENTER FOR BIOLOGICAL
DIVERSITY; PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY; AND
COUNCIL OF CIVIL ASSOCIATIONS, INC;,

                Plaintiffs,

-vs-                                      Case No. 2:10-cv-106-FtM-SPC

UNITED STATES FISH AND WILDLIFE
SERVICE; SAM HAMILTON, in his official
capacity as Director of the U.S. Fish and Wildlife
Service; UNITED STATES DEPARTMENT OF
INTERIOR; AND KENNETH SALAZAR, in his
official capacity as Secretary of the Department of
Interior;,

                Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiffs' Unopposed Motion for a Combined 30-Page Response to All Defendants' and Defendant-Intervenors' Objections to Magistrate's Report and Recommendation (Doc. #94) filed on December 8, 2010. Plaintiffs request that they be allowed to combine their responses to the three pending sets of objections to the undersigned's Report and Recommendation into one 30-page response. Defendants have no objections. Pursuant to Local Rule 3.01(b), each Plaintiff in this case is entitled to a 20-page response. The Court finds that allowing one 30-page response would avoid unnecessary multiplicity of briefs. Thus, for good cause shown, the Motion is due to be granted.

        Accordingly, it is now

**ORDERED:**

Plaintiffs' Unopposed Motion for a Combined 30-Page Response to All Defendants' and Defendant-Intervenors' Objections to Magistrate's Report and Recommendation (Doc. #94) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record